'THE PEOPLE ex rel. ROSALIE ADELE OAKLEY et al., Respondents, *v.* FREDERICK W. BLECKWENN, Treasurer, etc., Appellant.

This case was argued and decided with *People ex rel. Oakley* v. *Bleckwenn* (*ante,* p. 310).

---

FREDERICK J. FROWEIN et al., Appellants, *v.* MOSES LINDHEIM, Respondent.

(Submitted April 13, 1891; decided April 28, 1891.)

APPEAL from order of the General Term of the Supreme ·Court in the first judicial department, made. the first Monday ·of October 1890, which affirmed an order of. Special Term granting· defendant discovery of plaintiffs' books to enable .him to frame his answer.

*Geo. W. Wickersham* for appellants.

*Emanuel J. Myers* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.